IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRANK FREDA, | Civil Action No. |
| | 1:16-cv-04279-TWT |
| Plaintiff, | |
| | |
| v. | |
| | JURY TRIAL DEMANDED |
| WE SERVE PEOPLE, LLC | |
| D/B/A URBAN CANNIBALS, | |
| | |
| Defendant. | |

## CONSENT JUDGMENT

Pursuant to the stipulation to entry of consent judgment by the parties, the Court hereby **AWARDS** final judgment in favor of the Plaintiff, Frank Freda, and against the Defendant, WE SERVE PEOPLE, LLC, D/B/A URBAN CANNIBALS in the amount of Sixteen Thousand Four Hundred Ninety-Seven Dollars and Fifty cents ($16,497.50). The Consent Judgment, however, will only be executed by Plaintiff if payment of $12,000.00 is not paid by September 25, 2017. Plaintiff's payment of $12,000.00 will be divided into $5,000.00 in lost overtime wages to Plaintiff Freda and $7,000.00 in attorneys' fees and expenses to Plaintiff's attorneys.

**/s/Thomas W. Thrash**
Hon. Thomas W. Thrash, Jr.
United States District Judge